## BRUCE v. EVE, ordinary.

HUTCHESON, Justice. This court having issued a rule nisi which was served upon counsel for both parties in the case, and the counsel for the plaintiff in error herein having admitted that in view of a decision

**782**

in another case in the Court of Appeals (*Bruce* v. *Fogarty,* 53 *Ga. App.* 443), the question presented in the writ of error of plaintiff is now moot, it is ordered that the writ of error be

*Dismissed. All the Justices concur.*

No. 11231. JULY 3, 1936.

*Abram Levy,* for plaintiff in error.
*D. G. Fogarty, Paul T. Chance,* and *Starkey S. Flythe,* contra.